AO 442 (Rev. 01/09) Arrest Warrant

**SEALED**

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>JUAN HERNANDEZ-OCHOA, also known as<br>"Juan Hernandez Ochoa," "Juan Hernandez," "Juan<br>Ochoa Hernandez," "Juan Alberto Leon Ochoa,"<br>"Juan Alberto Leon-Ochoa," "Juan Ochoa," "JF," "J,"<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case: 1:18-cr-00261<br>Assigned To : Judge Christopher R. Cooper<br>Assign. Date : 8/30/2018<br>Description: INDICTMENT (B) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Juan Hernandez-Ochoa, aka "Juan Hernandez Ochoa," "Juan Hernandez," "Juan Ochoa Herne ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Distribute 500 grams of methamphetamine and 1000 kilograms of marijuana for importation into
the United States, in violation of Title 21 U.S.C. §§ 959(a), 960, and 963.
Aiding and Abetting in violation of Title 18 U.S.C. § 2.


Date:   08/29/2018

_____
*Issuing officer's signature*

City and state:     Washington, D.C.

Magistrate Judge G. Michael Harvey
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 08/29/2018 , and the person was arrested on *(date)* 07/21/2025

at *(city and state)*     ~~U.S. District and Bankruptcy Courts~~
                         for the District of Columbia
Date: 07/21/2025     A TRUE COPY
                    ANGELA D. CAESAR, Clerk

                    By _____
                         Deputy Clerk

_____
*Arresting officer's signature*

Kenneth Keh    DUSM
*Printed name and title*